```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/06/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

           - against -

KWASI BUSIA,

                    Defendant.

**24 Cr. 254(VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Sarah Netburn on October 30, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of that transcript and the record in this case, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for February 14, 2025, at 11:00am. In light of the foregoing, the status conference scheduled for November 8, 2024, is hereby adjourned *sine die*.

**SO ORDERED.**

Dated:    November 6, 2024
              New York, New York

                                                          _____
                                                           Victor Marrero
                                                             U.S.D.J.