**Federal Defenders**
OF NEW YORK, INC.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2025

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 9, 2025

**BY ECF**

Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    **RE:**    **United States v. Kwasi Busia**
              **24 Cr. 254 (VM)**

Dear Judge Marrero:

    I write to respectfully request a 90-day adjournment of Kwasi Busia's sentencing hearing and a corresponding extension of sentencing submission deadlines in the above-captioned matter. The government does not object to this request.

    Mr. Busia's sentencing is currently scheduled for February 14, 2025 at 11:00 am. The draft presentence report has not yet been disclosed to the parties. Because I must review the draft report and then the final report with Mr. Busia before filing his sentencing submission, I respectfully request a 90-day adjournment of his sentencing hearing and a corresponding extension of sentencing memoranda deadlines to ensure Mr. Busia receives the effective assistance of counsel. The government does not object to this request.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Kwasi Busia*



Request GRANTED.
The Court hereby adjourns Mr. Busia's sentencing hearing from February 14, 2025, to May 16, 2025, at 10:00am. In light of the 91-day sentencing adjournment, the Court grants a corresponding extension of sentencing memoranda deadlines.

SO ORDERED.
13 January 2025
DATE
VICTOR MARRERO, U.S.D.J.

cc:    Adam Sowlati, Assistant U.S. Attorney