**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/25

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 18, 2025

**BY ECF**

Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    **RE:**    <u>**United States v. Kwasi Busia**</u>
              **24 Cr. 254 (VM)**

Dear Judge Marrero:

    I write to respectfully request an adjournment of Kwasi Busia's sentencing hearing and a corresponding extension of sentencing submission deadlines in the above-captioned matter to enable Mr. Busia's wife, who is the mother of his six children, to attend his sentencing hearing. The government does not object to this request.

    Mr. Busia's sentencing is currently scheduled for May 16, 2025 at 10:00 am. Mr. Busia has just learned that his wife must travel out of the country for family obligations at the beginning of May and is not scheduled to return until the end of May. To enable Mr. Busia's wife to attend the sentencing proceeding, we respectfully request an adjournment to June. The parties have conferred and are available Friday, June 6 after 1:00 pm and any time on Friday, June 13.

    Thank you for your consideration of this request.



Request **GRANTED**.
The Court hereby grants the Defense's request to adjourn the sentencing of Mr. Busia by twenty-one (21) days until June 6, 2025, at 1:00 PM. The corresponding sentencing submission deadlines are also extended by twenty-one (21) days.

SO ORDERED.
20 February 2025
DATE
/s/ Victor Marrero, U.S.D.J.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Kwasi Busia*

cc:    Adam Sowlati, Assistant U.S. Attorney