**Federal Defenders**
OF NEW YORK, INC.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/25

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 8, 2025

**BY ECF**

Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    RE:    **United States v. Kwasi Busia**
             **24 Cr. 254 (VM)**

Dear Judge Marrero:

    I write to respectfully request an extension to file Mr. Busia's sentencing memorandum and a corresponding extension of the government's sentencing submission deadline in the above-captioned matter. The government does not object to this request.

    Mr. Busia's sentencing is currently scheduled for June 6 at 1:00 pm. The defense submission is currently due tomorrow, May 9. The parties have not yet received the final presentence report from Probation. Because Mr. Busia and I must review the final presentence report before filing his sentencing memorandum, I respectfully request an extension until Friday, May 23 for the parties to file their sentencing submissions, <u>without</u> rescheduling the June 6 sentencing hearing. The government does not object to this request.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Kwasi Busia*

cc: Counsel of record



Request **GRANTED**.

The Court hereby grants the defense's request for an extension of the deadline for sentencing memoranda from May 9, 2025, until May 23, 2025.

SO ORDERED.

9 May 2025

DATE

VICTOR MARRERO, U.S.D.J.